In Matter of Estate of Ernest Uhlich, Jr., Deceased. Helen L. Koch and Alice R. Langenbach, Objectors, Appellants, v. William C. Doepp, Administrator, Appellee.

Gen. No. 46,921.

First District, First Division.

November 19, 1956.

Released for publication February 11, 1957.

Appellee's request that attorneys' fees be assessed against plaintiffs, denied. Klein and Thorpe, for appellants; Kinne and Scovel, for appellee. Opinion by JUDGE FRIEND. Not to be published in full.